No. 04–518. H&R BLOCK, INC., ET AL. *v.* CARNEGIE, ON BE-HALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED. C. A. 7th Cir. Certiorari denied.

No. 04–519. BIRNBAUM *v.* LAW OFFICES OF G. DAVID WEST-FALL, P. C., ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–521. OBER *v.* BROWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–523. WYSS, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF WYSS *v.* CITY OF HOQUIAM, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–524. TRACY *v.* TRACY, AKA COCKFIELD, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–525. LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS OF WISCONSIN ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–526. HUGHES ET AL. *v.* CRIST, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–528. WOMACK+HAMPTON ARCHITECTS, L. L. C. *v.* MET-RIC HOLDINGS LIMITED PARTNERSHIP ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–535. GONZALEZ-HERNANDEZ ET AL. *v.* ASHCROFT, AT-TORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 04–538. DAVIS *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 04–545. HERNANDEZ-ANGELES *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–547. TRUNNELL *v.* SUMMIT COUNTY, UTAH, ET AL. Ct. App. Utah. Certiorari denied.